ROBERT IRWIN WYNER, Respondent, v. DOROTHY KOHNS WYNER, Appellant.— Order, so far as appealed from, unanimously modified by striking from the order the provision requiring defendant to file a surety company bond, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

WARD BUILDING CORPORATION, Appellant, v. WARD AMUSEMENT CORPORATION and ESCO OPERATING CORPORATION, Respondents.— Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements, and the motion for examination and inspection granted. No opinion. The date for the examination and inspection to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

ADAMS & CO. REAL ESTATE, INC., Appellant, v. WESTCHESTER COUNTY SAVINGS BANK and Others, Respondents.— Orders, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements to the respondents Westchester County Savings Bank and Isaac Requa. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of LEWIS A. ABRAMS and Fifty-two Others, as Set Forth in the Petition Herein, Petitioners, Appellants, for an Order under Article 78 of the Civil Practice Act, against FIORELLO H. LAGUARDIA, as Mayor of the City of New York, and Others, Respondents.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ. [174 Misc. 421.]

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business and Affairs of the CONSOLIDATED INDEMNITY AND INSURANCE COMPANY. LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of CONSOLIDATED INDEMNITY AND INSURANCE COMPANY, Appellant; HARTFORD ACCIDENT AND INDEMNITY COMPANY, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ. [176 Misc. 490.]

ROSE DEUTSCH, Respondent, v. JACOB DEUTSCH, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

IRVING SORIN, Respondent, v. TIOGA SILK CO., INC., Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

BROADWAY AND 58TH STREET CORPORATION, Respondent, v. 1775 BROADWAY CORPORATION and Others, Appellants, and Another, Defendant.— Order entered February 6, 1941, unanimously reversed, without costs, and the motion to vacate notice of examination and subpoena duces tecum granted, without prejudice to a motion to examine E. Louis Jacobs as a witness. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.